IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY R. PATTERSON,  )  | |
| ) | CASE NO. 4:06CV3170 |
| Plaintiff, ) | |
| ) | |
| v.          ) | ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

Considering the Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint (Filing No. 8),

IT IS ORDERED that

1.   Defendant's Motion for a 60-day extension of time to respond to Plaintiff's Complaint is granted.

2.   Defendant's response is due on or before December 15, 2006, in order for Defendant and Plaintiff to reconstruct Plaintiff's file, so that a transcript of the administrative proceedings can be filed with Defendant's response to the Plaintiff's Complaint.

Dated this 17th day of October, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge