IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY R. PATTERSON, | ) CASE NO. 4:06CV3170 |
| Plaintiff, | ) |
| v. | ) ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Considering the Defendant's Motion to Remand (filing 11) and memorandum brief in support of said Motion (filing 12),

IT IS ORDERED that this case is reversed and remanded back to the Commissioner in accord with sentence four of 42 U.S.C. § 405(g).

Dated this 5th day of January, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge